CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

MAR 12 2026

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**
**MARCH 2026 SESSION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 7:26CR9 |
| | ) | |
| **v.** | ) | **INDICTMENT** |
| | ) | |
| **BUFORD LEANDER PRESTON** | ) | In violation of: |
| *Defendant.* | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 21 U.S.C. § 844(a) |

**COUNT ONE**
(Possession of a Firearm by a Felon)

The Grand Jury charges:

1.    That on or about the 20th day of June, 2025, in the Western District of Virginia, the defendant, BUFORD LEANDER PRESTON, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Taurus model G3C 9mm pistol, said firearm having been shipped and transported in interstate or foreign commerce.

2.    All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**
(Possession of Ammunition by a Felon)

The Grand Jury further charges:

1.    That on or about the 20th day of June, 2025, in the Western District of Virginia, the defendant, BUFORD LEANDER PRESTON, knowing that he had been previously convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess ammunition, said ammunition having been shipped and transported in interstate or foreign commerce.

2.  All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT THREE
(Possession of a Controlled Substance)

The Grand Jury further charges:

1.  That on or about the 20th day of June, 2025, in the Western District of Virginia, the defendant, BUFORD LEANDER PRESTON, knowingly and intentionally possessed one or more controlled substances, to wit: cocaine, a Schedule II controlled substance; fentanyl, a Schedule II controlled substance; and heroin, a Schedule I controlled substance.

2.  All in violation of Title 21, United States Code, Section 844(a).

### NOTICE OF FORFEITURE

1.  Upon conviction of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States:

   a.  any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  The property to be forfeited to the United States includes but is not limited to the following property:

   a.  Firearms and Ammunition

2

    i.  Taurus, Model G3C, 9mm, Semi-Automatic Pistol, SN: AEE406696;

    ii.  All ammunition, magazines, and accessories associated with this firearm.

3.    If any of the above-described forfeitable property, as a result of any

act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with a third person;
    c.  has been placed beyond the jurisdiction of the Court;
    d.  has been substantially diminished in value; or
    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the

defendant up to the value of the above-described forfeitable property, pursuant to

21 U.S.C. § 853(p).

A TRUE BILL this  12  day of March, 2026.

/s/ FOREPERSON
FOREPERSON

ROBERT N. TRACCI
ACTING UNITED STATES ATTORNEY

MATTHEW M. MILLER
EXECUTIVE ASSISTANT UNITED STATES ATTORNEY

3